

| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | JAN 27 2023 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

PATRICIA PRITCHARD, as parent on behalf of minor C.P.; NOLLE PRITCHARD, as parent on behalf of minor C.P.,

    Plaintiffs-Respondents,

v.

BLUE CROSS BLUE SHIELD OF ILLINOIS,

    Defendant-Petitioner.

No. 22-80136

D.C. No. 3:20-cv-06145-RJB
Western District of Washington, Tacoma

ORDER

Before: CLIFTON and SANCHEZ, Circuit Judges.

The court, in its discretion, denies the petition for permission to appeal the district court's November 3, 2022 order granting class action certification. *See* Fed. R. Civ. P. 23(f); *Chamberlan v. Ford Motor Co.*, 402 F.3d 952 (9th Cir. 2005).

AB/MOATT